DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

MILLER v. MOTORS, INC.

No. 95 PC.

Case below: 40 N.C. App. 48.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 May 1979.

PRESNELL v. PELL

No. 69 PC.

No. 38 (Fall Term).

Case below: 39 N.C. App. 538.

Petition by defendants for discretionary review under G.S. 7A-31 allowed 1 May 1979.

RANKIN v. RINK and DRESSER v. RINK

No. 72 PC.

Case below: 39 N.C. App. 734.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 May 1979.

SEBASTIAN v. HAIR STYLING

No. 91 PC.

Case below: 40 N.C. App. 30.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 1 May 1979.

SIMPSON v. LEE

No. 83 PC.

Case below: 39 N.C. App. 736.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 1 May 1979.